Form NTCAPPL (11/18)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**McPhillips Flying Service, Inc.**<br><br>**Debtor**<br><br>**Robert T. Kendall III and Robert T. Kendall IV, individually and as Co−Personal Representatives of the Estate of Adam Wolford Kendall, deceased**<br><br>**Appellant**<br><br>**McPhillips Flying Service, Inc., Scott A. Chernich, Paul Welke and Angela LaFevre−Welke, and Charlevoix State Bank**<br><br>**Appellee** | Case Number 25−02011−jwb<br><br>Chapter 11<br><br>Honorable James W. Boyd |

## CLERK'S NOTICE REGARDING RECORD ON APPEAL

The appellant(s) in the above referenced bankruptcy proceeding filed a notice of appeal on November 11, 2025 regarding the Order Regarding Debtor's Eligibility for Subchapter V signed October 29, 2025 and entered on the court's docket October 29, 2025.

Notice is given to the appellants that the appellants shall, within 14 days from the date the notice of appeal was filed, file with the Clerk of the U.S. Bankruptcy Court, and serve on the appellee, the following:

  1. A Statement of Issues;

  2. A Designation of items to be included in the record on appeal, and;

  3. A copy of any written request to produce a transcript.

Notice is hereby given to the appellee that within 14 days after service of the statement of issues and designation of the appellants, the appellee may file with the court and serve on the appellants, a designation of additional items to be included in the record on appeal. If the appellee files a cross appeal, the appellants shall have an additional 14 days from date of service to serve and file a list of additional items to be included in the record.

Pursuant to Fed.R.Bankr.P. 8009, parties must take action to enable the Clerk to assemble and transmit the record on appeal to the United States District Court in a timely manner. In most cases, appeals will be transmitted to the United States District Court within 30 days after the notice of appeal is filed.

Failure to comply with applicable time limits or other requirements set forth in Fed.R.Bankr.P. 8001, et seq., may prompt the United States District Court to enter an order dismissing the appeal, or such other action as the United States District Court deem proper.



                                          Michelle M. Wilson
                                          CLERK OF BANKRUPTCY COURT

**Dated:** November 12, 2025                      /S/_____
                                                        L Jones
                                                        Deputy Clerk

This Notice along with a copy of the Notice of Appeal was served upon Marc N. Swanson, Esq., Ronald A. Spinner, Esq., A. Todd Almassian, Esq., Greg J. Ekdahl, Esq., Sarah Ann LaSata, Esq., Scott A. Chernich, Esq., Perry G. Pastula, Esq., Susan Jill Rice, Esq., and the Office of the U.S. Trustee. The Notice of Appeal was electronically transmitted to the Clerk of the United States District Court

---

[1] *Aliases for Debtor McPhillips Flying Service, Inc. : aka Island Airways, dba Welke Aviation, fka Gemini Air Service, Inc.*