UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT T. KENDALL, III, et al.,

    Creditor-Appellants,

v.

CASE NOS. 1:25-cv-1450
1:25-cv-1455

HON. ROBERT J. JONKER

MCPHILLIPS FLYING SERVICE, INC.
d/b/a Island Airways,

    Debtor-Appellee.
_____/

## **ORDER**

The District Court has docketed two appeals from Judge Boyd's decision overruling the Kendalls' objection to the Debtor's election to proceed under Subchapter V of Chapter 11. The first filing (1:25-cv-1450) relied on finality as a basis for appeal as of right. The second filing (1:25-cv-1455) begins with a Motion for Leave to Appeal. It appears that the Debtor and the Kendalls now agree that Judge Boyd's decision is final for purposes of appeal as of right. (Case No. 1:25-cv-1450, ECF No. 2, at PageID.8). The Debtor is not taking a position, however, on whether leave to appeal should be granted if Judge Boyd's decision is not final. *Id.*

The Court is inclined to believe that the question of finality is one the Court has to decide independently because it affects the Court's jurisdiction. *See Pilch v. Bareham*, No. 1:08-cv-0272, 2008 WL 2758351, at *4 (W.D. Mich. July 14, 2008), *aff'd sub nom. In re Pilch*, 332 F. App'x 314 (6th Cir. 2009). But because the parties evidently agree on the issue, the Court believes the most efficient pathway forward is to set a schedule for merits briefing so the Court will have everything it needs to address all issues at the same time. The Court invites the parties to submit a proposed merits briefing schedule.

The parties can and should address in their briefing not only the merits but also any additional points they wish to make on the finality issue.  In addition, they should address any additional points they wish to make on whether the Court should grant leave to appeal even in the absence of finality.  The Kendalls have already addressed both points but may wish to elaborate.  The Debtor has stipulated to finality but has not taken a position on a basis for leave to appeal in the absence of finality.  The Debtor may wish to flesh out a position on these issues for the Court's consideration.

**IT IS ORDERED.**


Dated:  December 26, 2025             /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE